**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| WALTER MOORE,<br><br>        Petitioner,<br><br>        v.<br><br>E. VALENZUELA, Warden,<br><br>        Respondent. | NO. CV 14-9376-PSG (AS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 23, 2015.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE